# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVION RASHID,[1] | No. CV 20-4219-SVW (JPR) |
| Petitioner, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| GENA JONES, Acting Warden | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Magistrate Judge's Report and Recommendation, and Respondent's Objections to the R. & R.  The Court accepts the findings and recommendations of the Magistrate Judge except as to the nonmaterial factual findings objected to by Respondent.

ACCORDINGLY, IT IS ORDERED THAT:

1. The Petition is denied with prejudice.
2. Judgment be entered consistent with this order.

---

[1] Plaintiff is no longer listed as being in the custody of the California Department of Corrections and Rehabilitation.  See Cal. Inmate Locator, https://inmatelocator.cdcr.ca.gov/search.aspx (search for "Davion" with "Rashid" showing no relevant results) (last visited Aug. 15, 2023).

3. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: December 4, 2023

STEPHEN V. WILSON
U.S. DISTRICT JUDGE