JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVION RASHID, | ) Case No. CV 20-4219-SVW (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| GENA JONES, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: December 4, 2023

STEPHEN V. WILSON
U.S. DISTRICT JUDGE